DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILLIAS L. MAJOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1986

[February 16, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 472022CF000050A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***